IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

BETTY L. THORNTON     PLAINTIFF

v.     CIVIL ACTION NO. 3:06-CV-118-WHB-JCS

FORD MOTOR COMPANY     DEFENDANT

## AGREED ORDER OF DISMISSAL

Before the Court is the joint *ore tenus* motion by Plaintiff Betty L. Thornton and Defendant Ford Motor Company to dismiss Civil Action No. 3:06CV-118-WHB-JCS.  The Court, having been advised that the parties have reached settlement of this matter and an agreement to dismiss Civil Action No. 3:06CV-118-WHB-JCS, finds that the motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that Civil Action No. 3:06CV-118-WHB-JCS is hereby dismissed, with prejudice.

**ORDERED** on this the 26th day of September, 2007.

             s/William H. Barbour, Jr.
             UNITED STATES DISTRICT COURT JUDGE

**AGREED TO AND APPROVED BY:**

 /s/*JOEL W. HOWELL, III*
Joel W. Howell, III, Esq. (MSB No. 2756)
5446 Executive Plaza
Jackson, MS 39206
Telephone: (601) 362-8129
Facsimile: (601) 362-8419

Richard Young, Esq. (MSB No. 6660)
P. O. Box 5142
Brandon, MS 39047
Telephone: (601) 992-1437
Facsimile: (601) 992-3855

**COUNSEL FOR PLAINTIFF**

 /s/*JON STEPHEN KENNEDY*
J. Stephen Kennedy (MSB No. 1000040)
Walker W. Jones, III, Esq. (MSB No. 3303)
Barry W. Ford, Esq. (MSB No. 5403)
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ PC
4268 I-55 North, Meadowbrook Office Park
Jackson, MS  39211
Telephone:  (601) 351-2400
Facsimile:   (601) 351-2424

**COUNSEL FOR FORD MOTOR COMPANY**